IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT N. CHAMBERS                                       PLAINTIFF

v.                                           CAUSE NO: 1:23-CV-118-SA-DAS

AMERICAN FAMILY ASSOCIATION, ET AL.                       DEFENDANTS

<u>ORDER RESTRICTING CERTAIN EXHIBITS</u>

      Defendants American Family Association, AFA Action, Timothy B. Wildmon, Edward Vitagliano, Walker H. Wildmon, Lexie Hill Wildmon, Marion "Buddy" C. Smith, Jr., Ronald E. Cook, Stacey Smith Fowler, and Abraham Hamilton, III (collectively "defendants") have filed a Motion to Restrict Certain Exhibits in support of their Motion to Enforce Settlement. Doc. 40. The defendants explain that Exhibits A-E, G, H, J, K, and L relate to the specific terms of the parties' settlement, which the parties agreed would be confidential. The plaintiff has informed the court that he does not oppose the defendants' request to restrict these exhibits.

      Under Rule 79 of the Local Uniform Civil Rules, documents may not be sealed or restricted merely by stipulation of the parties. This is because, as Rule 79(a) indicates, documents filed with the court are presumptively "part of the public record of the court." L. U. Civ. R. 79(a).

      Here, the defendants have provided the court a copy of the documents they seek to file as restricted documents. Having reviewed them, the court finds that the Motion [40] should be granted. Exhibits A-E, G, H, J, K, and L will be filed as restricted documents on the docket. The Motion to Restrict Certain Exhibits is GRANTED. The Clerk of Court is directed to file Exhibits A-E, G, H, J, K, and L with only the court and counsel for the parties having access.

      This the 6th day of September, 2024.

                                                                /s/ David A. Sanders
                                                                UNITED STATES MAGISTRATE JUDGE