IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBERT N. CHAMBERS, JR.**                                                    **PLAINTIFF**

v.                                    Civil Action No.: 1:23-cv-000118-SA-DAS

**AMERICAN FAMILY ASSOCIATION, ET AL.**                      **DEFENDANTS**

### PLAINTIFF'S AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT

COMES NOW the Plaintiff, Robert N. Chambers, Jr. ("Chambers"), by undersigned counsel, and offers the following Amended Response in Opposition to Defendants' Motion to Enforce Settlement:

1. These parties negotiated over time, including with the Court, but were never able to reach an agreement to settle their differences.

2. Despite their efforts, no settlement occurred and there is nothing to enforce.

3. In support of our position, we filed the accompanying memorandum that further delineates the facts and law that reinforce the stance of the parties as negotiations broke down; while we were hopeful to reach an agreement, this did not occur.

4. The defendants are well aware of this position and the plaintiff requests an award of attorney's fees in having to address this frivolous motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court deny the Defendants' Motion to Enforce Settlement (Doc 42), grant attorney's fees and allow this matter to proceed on the merits.

Respectfully submitted on this the 19th day of September, 2024.

                                                                         **Robert N. Chambers, Jr.,** PLAINTIFF
                                   BY:      */s/ Donald W. Medley*
                                                       Donald W. Medley, Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I, Donald W. Medley, hereby certify that on this day I electronically filed the foregoing pleading or document with the Clerk of the Court using the ECF system which sends notification of such filing to all registered attorneys identified in the system.

  This the 19th day of September, 2024.

*/s/ Donald W. Medley*
Donald W. Medley
Counsel for Plaintiff

Donald W. Medley
MS Bar #2832
Medley Law Group
902 West Pine Street
Hattiesburg, MS 39401
Tel: 601-544-8110
Fax: 601-544-8158
don@medleylawgroup.com