IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT N. CHAMBERS, JR.                                                                PLAINTIFF

v.                                                             CAUSE NO. 1:23-CV-118-SA-DAS

AMERICAN FAMILY ASSOCIATION, et al.                                          DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On September 5, 2023, Robert N. Chambers, Jr. initiated this litigation by filing his Complaint [1]. He asserts multiple claims arising from the termination of his employment.

On August 27, 2023, the Defendants filed a Motion to Enforce Settlement [42]. The Motion [42] was opposed. Magistrate Judge Sanders held a hearing on the Motion [42] on October 31, 2024. Following the hearing, Magistrate Judge Sanders issued a Report and Recommendation [54], wherein he recommended that the request for settlement enforcement be denied.

Despite being given an opportunity to object, the Defendants did not do so.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Report and Recommendation [54] and the record as a whole. Having done so, the Court agrees with Magistrate Judge Sanders' recommendation. The Report and Recommendation [54] is ADOPTED IN FULL. The Motion to Enforce Settlement [42] is DENIED. The case remains on the active docket.

SO ORDERED, this the 11th day of December, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

1