IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT N. CHAMBERS, JR.                                                  PLAINTIFF

v.                                                       CAUSE NO. 1:23-CV-118-SA-DAS

AMERICAN FAMILY ASSOCIATION, et al.                           DEFENDANTS

ORDER

The Defendants' Motion to Dismiss [55] is DENIED *without prejudice*. Upon the Plaintiff's filing of his First Amended Complaint, the Defendants may file a renewed motion to dismiss if they so choose.

SO ORDERED, this the 2nd day of January, 2025.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE